Esco Operating Corporation and Others, Respondents, Appellants, v. Sam Kaplan, Individually and as President of the International Alliance of Theatrical Stage Employees, etc., and Others, Appellants, Respondents.— Motion to substitute one Sherman, as president, as a defendant, appellant, respondent, in place of Sam Kaplan, as president, etc.; to amend the title, and to substitute attorneys granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Equity Holding Corporation, Appellant, v. David Barnes and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Stanley E. Faithfull, Respondent, v. News Syndicate Co., Inc., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Harry Glassman, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of Louis Bergman, Respondent, for a Mandamus Order against Abraham Kaplan, as President, and Others, as Members of the Municipal Civil Service Commission, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of David Joyce to Render and Settle His Account as Executor, etc., of Mary F. Ryan, Deceased, Appellant. Charles Weber and Rose Weber, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of Christopher Thieler, Respondent, for a Mandamus Order against Christy S. Coates and Others, Constituting the Board of Trustees The Exempt Volunteer Firemen's Fund of the Late City of Brooklyn, Appellants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the Queens County Bar Association in Respect of Walter Henry Wood, an Attorney and Counselor at Law.— Report of official referee confirmed. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

Edward Klumbach, Respondent, v. Silver Mount Cemetery Association, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Land Finance Corporation, Appellant, v. Frank Giorgio, Jr., Trustee in Bankruptcy of Nox Realty Corporation and Others, Respondents; Leopold Blumberg, Attorney, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Otto E. Miller, Respondent, v. Fred W. Smythe, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

Vita Musumeci and Another, Respondents, v. Gustav Backman and Another,